FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 19, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MENSONIDES DAIRY, LLC, a Washington State limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>AGRI-KING NUTRITION, INC., an Illinois State corporation, and AGRI-KING, INC., an Illinois State corporation,<br><br>    Defendants. | No. 1:16-cv-03067-SAB<br><br>**ORDER DENYING RECONSIDERATION** |

    Before the Court is Defendants' Motion for Reconsideration of Order Denying Defendants' Motion for Summary Judgment, ECF No. 153. Defendants argue reconsideration of the Court's June 5, 2018 Order Denying Defendants' Motion for Summary Judgment, ECF No. 151, is necessary to correct manifest errors of law and fact, and to clarify certain issues for trial.

    Motions for reconsideration are generally disfavored and are considered "an extraordinary remedy, to be used sparingly in the interests of finality and conservation of judicial resources." *Kona Enters., Inc. v. Estate of Bishop*, 229 F.3d 877, 890 (9th Cir. 2000). A motion for reconsideration may be granted when: (1) there is an intervening change in controlling law; (2) the moving party presents newly discovered or previously unavailable evidence; or (3) the motion is necessary to correct manifest errors of law or fact upon which the judgment is

based. *Turner v. Burlington N. Santa Fe R. Co.*, 338 F.3d 1058, 1063 (9th Cir. 2003). "Whether or not to grant reconsideration is committed to the sound discretion of the court." *Navajo Nation v. Confederated Tribes and Bands of the Yakama Indian Nation*, 331 F.3d 1041, 1046 (9th Cir. 2003). The Court finds no grounds to reconsider its earlier decision.

Accordingly, **IT IS HEREBY ORDERED:**

1. Defendants' Motion for Reconsideration of Order Denying Defendants' Motion for Summary Judgment, ECF No. 153, is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 19th day of July 2018.



Stanley A. Bastian
United States District Judge

ORDER DENYING RECONSIDERATION ^ 2